ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, RAY ANTHONY LORONA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:11-cr-00258-DLB |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| RAY ANTHONY LORONA, | ) |
| Defendant. | ) |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference currently scheduled for May 14, 2012, be continued to June 11, 2012 at 1:00 p.m.

The continuance is necessitated by the unavailability of the prosecutor, Assistant United States Attorney, Kimberly Sanchez, who is out of state attending to a family crisis. In addition, defense investigation is ongoing. The additional time requested should be sufficient for the defense to complete its investigation and to allow for the presence of Ms. Sanchez.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: May 10, 2012           /s/ Kimberly Sanchez                
                              KIMBERLY SANCHEZ
                              Assistant United States Attorney
                              **This was agreed to by Ms. Sanchez by telephone on May 10, 2012**

1

| | |
|---|---|
| DATED: May 10, 2012 | /s/ Roger K. Litman<br>ROGER K. LITMAN<br>Attorney for Defendant<br>RAY ANTHONY LORONA |

For the reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from May 14, 2012 to, and including, June 11, 2012, based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 19 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

| | |
|---|---|
| **Dated:** **May 10, 2012** | /s/ **Dennis L. Beck**<br>UNITED STATES MAGISTRATE JUDGE |