ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, RAY ANTHONY LORONA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RAY ANTHONY LORONA, <br> Defendant. | CASE NO. 1:11-cr-00258-DLB <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference currently scheduled for July 23, 2012, be continued to August 27, 2012 at 1:00 p.m.

The continuance is necessitated by the need for additional examination and analysis by a gunsmith employed on behalf of Mr. Lorona to formulate an opinion whether the shotgun which is the subject of the charge against Mr. Lorona can be readily restored to shoot as designed and manufactured.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: July 18, 2012        /s/ Kimberly Sanchez_____
                            KIMBERLY SANCHEZ
                            Assistant United States Attorney
                            **This was agreed to by Ms. Sanchez via email on July 17, 2012**

1

| | | |
|---|---|---|
| DATED: July 18, 2012 | /s/ Roger K. Litman | |

ROGER K. LITMAN
Attorney for Defendant
RAY ANTHONY LORONA

IT IS SO ORDERED.

**Dated: July 18, 2012**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE