ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, RAY ANTHONY LORONA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAY ANTHONY LORONA,<br><br>    Defendant. | CASE NO. 1:11-cr-00258-AWI<br><br>**STIPULATION AND**<br> **ORDER TO**<br> **CONTINUE STATUS CONFERENCE** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference currently scheduled for January 28, 2013, be continued to February 4, 2013 at 10:00 a.m.

This continuance is necessary to afford counsel sufficient time to conclude final settlement negotiations.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: January 23, 2013          /s/ Kimberly Sanchez_ __         __
                                 KIMBERLY SANCHEZ
                                 Assistant United States Attorney
                                 **This was agreed to by Ms. Sanchez**
                                 **by telephone on January 23, 2013**

///

///

1

| | | |
|---|---|---|
| 1 | DATED: January 23, 2013 | /s/ Roger K. Litman |
| 2 | | ROGER K. LITMAN<br>Attorney for Defendant<br>RAY ANTHONY LORONA |
| 3 | | |
| 4 | IT IS SO ORDERED. | |
| 5 | Dated: January 24, 2013 | |
| 6 | | SENIOR DISTRICT JUDGE |