ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, RAY ANTHONY LORONA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-cr-00258-AWI |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| RAY ANTHONY LORONA, | ) | |
| Defendant. | ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference currently scheduled for February 4, 2013, be continued to March 4, 2013 at 10:00 a.m.

This continuance is necessary for the purposes of further negotiations between the parties.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).


DATED: February 4, 2013          /s/ Kimberly Sanchez_____ _____ __ _____
                                 KIMBERLY SANCHEZ
                                 Assistant United States Attorney
                                 **This was agreed to by Ms. Sanchez
                                 by telephone on February 4, 2013**

///

///

1

1    DATED: February 4, 2013        /s/ Roger K. Litman      _____
                                    ROGER K. LITMAN
2                                   Attorney for Defendant
                                    RAY ANTHONY LORONA
3

4

5    IT IS SO ORDERED.

6

7    Dated:    February 4, 2013        _____
                                            SENIOR  DISTRICT  JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2